UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KB HOME NEVADA INC., )
                     Plaintiff, )   2:10-cv-2148-GMN-RJJ
vs. )
TRAVELERS PROPERTY CASUALTY )
CO. OF AMERICA. *et al.*, )   **ORDER**
                     Defendant. )

IT IS HEREBY ORDERED that the parties shall file a joint Interim Discovery Status Report on July 8, 2011, and September 9, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Report shall contain the following:

1. Shall identify the discovery that has been completed;
2. Shall identify the discovery that remains outstanding;
3. Shall identify any pending discovery motions; and,
4. Shall detail all attempts to settle the case.

DATED this __23d__ day of May, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge