William C. Reeves
State Bar No. 8235
MORALES FIERRO & REEVES
725 S. Eighth Street, Suite B
Las Vegas, NV 89101
Telephone: 702/699-7822
Facsimile: 702/699-9455

Attorneys for Defendants The Travelers
Indemnity Co. of America and Travelers
Property Casualty Co. of America

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| KB HOME NEVADA, INC., | ) | Case No.: 2:10-cv-02148-GMN-RJJ |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO DISMISS ACTION WITHOUT PREJUDICE |
| vs. | ) | |
| TRAVELERS PROPERTY CASUALTY CO. OF AMERICA, et al., | ) | |
| Defendants. | ) | |

WHEREAS a settlement has been reached between Plaintiff KB Home Nevada Inc. ("KB Home") and Defendants Travelers Property Casualty Company of America and The Travelers Indemnity Company of America (jointly "Travelers").

Subject to the settlement agreement between the parties, the parties hereby stipulate and agree as follows:

IT IS HEREBY STIPULATED and agreed by and between KB Home and Travelers, by and through their respective undersigned counsel, that this action shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and Fed. R. Civ. P. 41(a)(1)(B) and subject to the settlement agreement between the parties.

Such dismissal shall not operate as an adjudication on the merits relative to the claims at issue in this action.

///

1

This dismissal shall not impair KB Home from making these, or other, claims in any other action.

The dismissal of this action shall not form the basis of any claim for attorney fees or costs, with each side to bear its own fees and costs.

Dated: August 4, 2011

                                      MORALES FIERRO & REEVES

By:   /s/ William C. Reeves
       William C. Reeves
       Attorneys for Defendants

Dated: August 4, 2011

                                      MENTER & WITKIN

By:   /s/ Gene M. Witkin
       Gene M. Witkin
       Attorneys for Plaintiff

**<u>ORDER</u>**

Based on the foregoing Stipulation, and good cause appearing therefore, IT IS HEREBY ORDERED that the above-entitled action shall be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

_____

DATED: August 5, 2011.

2